**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JON D. DERREVERE, P.A.,**
**DERREVERE, HAWKES, BLACK &**
**COZAD, ,**

        **Plaintiffs,**

**-vs-**                                     **Case No.  6:10-cv-925-Orl-28DAB**

**MIRABELLA FOUNDATION,**

        **Defendant.**
_____

# ORDER

This case is before the Court on Plaintiff's Motion for Entry of Final Default Judgment by Clerk on Account Stated for "Sum Certain" (Doc. No. 21) filed January 21, 2011.  The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed April 26, 2011 (Doc. No. 23) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Motion for Entry of Final Default Judgment by Clerk on Account Stated for "Sum Certain" (Doc. No. 21) is **GRANTED**.

3.     Final Judgment is hereby entered in favor of Plaintiff and against Defendant Mirabella Foundation in the amount of $116,166.46.

4.     The Clerk of the Court is directed to enter judgment as set forth above and to thereafter close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___20th___ day of May, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge